```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    21cv4540 (DLC)
SENAIDA MALDONADO,                       :
                                         :         ORDER
                    Plaintiff,           :
                                         :
          -v-                            :
                                         :
MUNICIPAL CREDIT UNION and TRANSUNION    :
LLC,                                     :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

As set forth at the telephonic pretrial conference held on October 19, 2021, it is hereby

ORDERED that the class allegations asserted in the Amended Class Action Complaint of June 28, 2021 pursuant to Rule 23, Fed. R. Civ. P., are dismissed.

IT IS FURTHER ORDERED that the case management plan entered on August 30, 2021 is amended as follows. The following schedule shall govern the further conduct of pretrial proceedings in this case. This case will be referred to mediation to occur in **November 2021**. The Clerk of Court will contact the parties when a mediator has been selected.

IT IS FURTHER ORDERED that all fact discovery must be completed by **January 27, 2022**.

IT IS FURTHER ORDERED that any motion for summary judgment

will be served by **February 17, 2022**.  Any opposition must be served by **March 10, 2022**.  Any reply must be served by **March 24, 2022.**

    IT IS FURTHER ORDERED that in the event no motion is filed, the Joint Pretrial Order must be filed by **February 17, 2022**.  As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order:  Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial.  Any responsive papers are due one week thereafter.  In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law should not be submitted unless in reply to an unanticipated legal argument in the other party's Memorandum of Law.

    SO ORDERED:

Dated:    New York, New York
          October 19, 2021

                            DENISE COTE
                    United States District Judge