UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
SENAIDA MALDONADO,                    :     21cv4540(DLC)
                                      :
                         Plaintiff,   :     ORDER OF
                                      :     DISCONTINUANCE
              -v-                     :
                                      :
MUNICIPAL CREDIT UNION and TRANSUNION :
LLC,                                  :
                                      :
                         Defendants.  :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled as between the plaintiff and defendant TransUnion LLC ("TransUnion"), it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar with respect to TransUnion if the application to restore the action is made by **December 8, 2021**.  If no such application is made by that date, today's dismissal of the action against TransUnion is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:     New York, New York
           November 9, 2021

                                    _____
                                         DENISE COTE
                                    United States District Judge