UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SENAIDA MALDONADO,

Plaintiff,

-v-

MUNICIPAL CREDIT UNION,

Defendants.

21cv4540 (DLC)

ORDER

DENISE COTE, District Judge:

On October 19, 2021, an Order placed the above-captioned action on the May to June 2022 trial ready calendar and set a deadline of February 17, 2022 for a motion for summary judgment or, in the event a motion was not filed, the Joint Pretrial Order. On February 9, 2022, the parties filed a joint letter explaining that the parties, having reached a settlement in principle, did not intend to proceed to trial, and requesting an extension of time to complete the settlement. An Order that same day denied the request and ordered the parties to advise by February 17 whether a settlement agreement had been executed. No document was filed on February 17. It is hereby

ORDERED that the Joint Pretrial Order must be filed by **March 4, 2022.** The parties shall comply with the requirements

described in the Order of October 19, 2021.

Dated: New York, New York
February 22, 2022

DENISE COTE
United States District Judge